# Notice Recipients

District/Off: 0752–3          User: admin                    Date Created: 4/16/2025

Case: 25–80476               Form ID: 309A                  Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert John Sam, Jr      639 Stonegate Dr.        Sycamore, IL 60178
tr          Brian Hart      Brian Hart        5702 Elaine Drive, Suite 204        Rockford, IL 61108–2475
31391522    BKA HOLDINGS LLC        330 W ELM ST.        SYCAMORE IL 60178
31391523    MELISSA NOBLE        330 W ELM ST.        SYCAMORE IL 60178
31391524    YENDO        3309 ELM ST SUITE 340        DALLAS TX 75226

                                                                        TOTAL: 5