**Fill in this information to identify the case:**

Debtor 1    Robert John Sam, Jr.
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name    District of    Last Name

United States Bankruptcy Court for the:   Northern              District of   IL

Case number    25-80476
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied**. The debtor must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[X] **Scheduled for hearing.** A hearing to consider the application will be held **on April 30, 2025 at 11:00 a.m.** before the Honorable Thomas M. Lynch or any judge sitting in his place, **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 South Church St, Rockford, IL or electronically as described below.

Important: Only parties and their counsel may appear at the hearing electronically using Zoom for Government. All others must appear in person.To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.The meeting ID for this hearing is 160 291 5226 and the passcode is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

If the debtor does not appear at this hearing, the court may deny the application.

April 18, 2025                          By the court: _____
Month / day / year                                    United States Bankruptcy Judge

| Print | Save As... | Add Attachment | Reset |