# Notice Recipients

District/Off: 0752–3                    User: admin                        Date Created: 4/21/2025

Case: 25–80476                         Form ID: pdf008                    Total: 2


**Recipients of Notice of Electronic Filing:**
tr          Brian Hart          brian@rockfordbankruptcy.com

                                                                                    TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert John Sam, Jr          639 Stonegate Dr.          Sycamore, IL 60178

                                                                                    TOTAL: 1