# Notice Recipients

District/Off: 0752–3      User: admin      Date Created: 4/24/2025

Case: 25–80476      Form ID: defntc7      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Robert John Sam, Jr      639 Stonegate Dr.      Sycamore, IL 60178

                           TOTAL: 1