**Fill in this information to identify the case:**

Debtor 1        Robert John Sam, Jr.
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name    District of    Last Name

United States Bankruptcy Court for the:   Northern             District of   IL

Case number     25-80476
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[X] **Scheduled for hearing.** A hearing to consider the application will be held **on April 30, 2025 at 11:00 a.m.** before the Honorable Thomas M. Lynch or any judge sitting in his place, **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 South Church St, Rockford, IL or electronically as described below.

Important: Only parties and their counsel may appear at the hearing electronically using Zoom for Government. All others must appear in person.To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.The meeting ID for this hearing is 160 291 5226 and the passcode is 852255. The meeting ID and password can also be found on Judge Lynch's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-thomas-m-lynch.

If the debtor does not appear at this hearing, the court may deny the application.

April 18, 2025                    By the court: _____
Month / day / year                            United States Bankruptcy Judge

| Print | Save As... | Add Attachment | Reset |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                    Case No. 25-80476-TML

Robert John Sam, Jr                                                         Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdf008 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

**Recip ID           Recipient Name and Address**
db              + Robert John Sam, Jr, 639 Stonegate Dr., Sycamore, IL 60178-8943

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

**Name           Email Address**

Adam G. Brief
           ustpregion11.md.ecf@usdoj.gov

Brian Hart
           brian@rockfordbankruptcy.com  colleenlemek@comcast.net,I009@ecfcbis.com

TOTAL: 2