# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

**In re:**
**Robert Sam,**
Debtor.

Chapter 7
Case No.: 25-80476
Judge: Thomas M. Lynch

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 24 2025

JEFFREY P. ALLSTEADT, CLERK
**PS REP. - _____**

## NOTICE OF MOTION

TO:
Office of the U.S. Trustee
Brian Hart

PLEASE TAKE NOTICE that on Wednesday, April 30, 2025, at 11:00 a.m., I shall appear before the Honorable Judge Thomas M. Lynch, or any judge sitting in his stead, in the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and present the attached:

**Motion to Extend Deadline to File Schedules and Credit Counseling Certificate**

**To Appear via Zoom:**

Use the following information to attend the hearing remotely via Zoom for Government:

- **Meeting ID**: 160 291 5226

- **Passcode**: 852255

Parties may appear by using the Zoom app or by visiting zoomgov.com.

Dated: April 21, 2025
Respectfully submitted,
/s/ **Robert Sam**
Pro Se Debtor
639 Stonegate Dr
Sycamore, IL 60178
harpees5@yahoo.com
(779) 777-3265

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re:
Robert Sam,
Debtor.

Chapter 7
Case No.: 25-80476
Judge: Lynch

**MOTION TO EXTEND DEADLINE TO FILE
REQUIRED DOCUMENTS AND CREDIT
COUNSELING CERTIFICATE**

NOW COMES the Debtor, **Robert Sam**, pro se, and
respectfully moves this Court pursuant to Federal Rule of
Bankruptcy Procedure 1007(c) to extend the deadline to
file the required documents and credit counseling
certificate. In support of this Motion, the Debtor states as
follows:

**1. Debtor's Bankruptcy Petition Was Filed in Good
Faith**

Debtor filed a Chapter 7 bankruptcy petition in good faith
to protect his family, preserve lawful tenancy, and stop

imminent eviction during a time of extreme financial and medical crisis.

## 2. Emergency Eviction and Medical Hardship Prevented Timely Filing

- On or about 4/16/25, Debtor and his family were subject to a sudden and traumatic eviction proceeding, despite protections under federal bankruptcy law.

- The family includes **two disabled individuals**—Debtor's wife and minor daughter—both of whom are fully dependent on the Debtor for daily care, transportation, housing, and access to medication.

- Debtor has been forced to seek emergency housing, manage his family's urgent needs, and handle appellate litigation arising from wrongful eviction.

## 3. Debtor is Acting in Good Faith and Requests 21-Day Extension

- Debtor intends to file all required bankruptcy schedules, statements, and the credit counseling certificate in compliance with the Court's rules.

- Debtor respectfully requests a **21-day extension** to complete these filings in light of the extraordinary

hardship and displacement caused by the eviction proceedings.

**WHEREFORE, Debtor Robert Sam respectfully requests that this Court enter an Order:**

1. Extending the deadline to file the Schedules, Statement of Financial Affairs, and Credit Counseling Certificate by **21 days**, and

2. Granting such further relief as this Court deems just and appropriate.

Respectfully submitted,
**/s/ Robert Sam**
Debtor, Pro Se
639 Stonegate Dr
Sycamore, IL 60178
harpees5@yahoo.com
(779) 777-3265
Dated: April 21, 2025