# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**In re:**
**Robert Sam**
Debtor
Chapter 7
Case No.: 25-80476
Judge: Lynch

**ORDER EXTENDING TIME TO FILE SCHEDULES AND CERTIFICATE**

This matter coming before the Court on Debtor's Motion to Extend Time to File Schedules and Credit Counseling Certificate, the Court having reviewed the motion and being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is **GRANTED**.

2. The deadline to file Debtor's Schedules, Statement of Financial Affairs, and Credit Counseling Certificate is extended to

ENTERED:
Dated: _____

**Judge Thomas Lynch**
United States Bankruptcy Judge