Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Robert John Sam Jr                                    Case No. :  25−80476
639 Stonegate Dr.                                     Chapter :   7
Sycamore, IL 60178                                    Judge :     Thomas M. Lynch
SSN: xxx−xx−6076 EIN: N.A.

### NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **April 29, 2025.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**
· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Certificate of Credit Counseling.**

FOR THE COURT

Dated: April 24, 2025                          Jeffrey P. Allsteadt, Clerk
                                               United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                Case No. 25-80476-TML

Robert John Sam, Jr                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 24, 2025                   Form ID: defntc7                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

**Recip ID                  Recipient Name and Address**
db                  +  Robert John Sam, Jr, 639 Stonegate Dr., Sycamore, IL 60178-8943

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

**Name                          Email Address**

Adam G. Brief
                          ustpregion11.md.ecf@usdoj.gov

Brian Hart
                          brian@rockfordbankruptcy.com  colleenlemek@comcast.net,I009@ecfcbis.com

TOTAL: 2