# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–3 | User: admin | Date Created: 5/9/2025 |
| Case: 25–80476 | Form ID: pdf011 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr          Brian Hart          brian@rockfordbankruptcy.com
aty        Brian Hart          brian@rockfordbankruptcy.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert John Sam, Jr          639 Stonegate Dr.          Sycamore, IL 60178

TOTAL: 1