Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division
### 327 South Church Street
### Rockford, IL 61101

---

Bankruptcy Proceeding No.:  25–80476
Chapter:  7
Judge:  Thomas M. Lynch

In Re:
  Robert John Sam Jr
  aka Bob Sam
  639 Stonegate Dr.
  Sycamore, IL 60178

Social Security No.:
  xxx–xx–6076

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:


Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom

on June 4, 2025 at 11:00 AM

TO CONSIDER AND ACT UPON the following: Motion to dismiss debtor.


**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 291 5226 and the passcode is 852255 . The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: May 9, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court