# Notice Recipients

District/Off: 0752–3            User: admin                    Date Created: 5/9/2025

Case: 25–80476                 Form ID: ntchrgBK               Total: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ustact | Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| tr | Brian Hart | brian@rockfordbankruptcy.com |
| aty | Brian Hart | brian@rockfordbankruptcy.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Robert John Sam, Jr | 639 Stonegate Dr. | Sycamore, IL 60178 | | |
| ust | Adam G. Brief | Office of the U.S. Trustee, Region 11 | 780 Regent Street | Suite 304 | Madison, WI 53715 |
| 31391522 | BKA HOLDINGS LLC | 330 W ELM ST. | SYCAMORE IL 60178 | | |
| 31391523 | MELISSA NOBLE | 330 W ELM ST. | SYCAMORE IL 60178 | | |
| 31391524 | YENDO | 3309 ELM ST SUITE 340 | DALLAS TX 75226 | | |

TOTAL: 5