Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Bankruptcy Proceeding No.:  25−80476
Chapter:  7
Judge:  Thomas M. Lynch

In Re:
Robert John Sam Jr
aka Bob Sam
639 Stonegate Dr.
Sycamore, IL 60178

Social Security No.:
xxx−xx−6076

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom

on June 4, 2025 at 11:00 AM

TO CONSIDER AND ACT UPON the following: Motion to dismiss debtor.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 291 5226 and the passcode is 852255 . The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: May 9, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 25-80476-TML

Robert John Sam, Jr                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3                              User: admin                                   Page 1 of 2

Date Rcvd: May 09, 2025                      Form ID: ntchrgBK                         Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert John Sam, Jr, 639 Stonegate Dr., Sycamore, IL 60178-8943 |
| 31391522 | + BKA HOLDINGS LLC, 330 W ELM ST., SYCAMORE IL 60178-1848 |
| 31391523 | + MELISSA NOBLE, 330 W ELM ST., SYCAMORE IL 60178-1848 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion11.MD.ECF@usdoj.gov | May 09 2025 22:32:00 | Adam G. Brief, Office of the U.S. Trustee, Region 11, 780 Regent Street, Suite 304, Madison, WI 53715-1233 |
| 31391524 | Email/Text: bankruptcy@yendo.com | May 09 2025 22:32:00 | YENDO, 3309 ELM ST SUITE 340, DALLAS TX 75226 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| Brian Hart | |

District/off: 0752-3                                         User: admin                                                Page 2 of 2

Date Rcvd: May 09, 2025                              Form ID: ntchrgBK                                       Total Noticed: 5

brian@rockfordbankruptcy.com  colleenlemek@comcast.net,I009@ecfcbis.com

TOTAL: 2