# Declaration to Clarify Prior Bankruptcy Filings

## Case# 25-80476

I, Robert Sam Jr., respectfully submit this clarification regarding my bankruptcy history.

In response to the question on my bankruptcy petition asking whether I had filed for bankruptcy within the last 8 years, I inadvertently checked the box stating that I had not. I misunderstood the question to be asking whether I had received a **discharge** in the last 8 years.

In truth, I filed for bankruptcy three times:

- **2015**: Chapter 7 – received a discharge.

- **2018**: Case filed by an attorney in the wrong jurisdiction and not pursued.

- **2019**: Case filed and later dismissed.

I had no intent to mislead the Court or the Trustee. I am submitting this declaration to correct the record and affirm that I am acting in good faith. I am fully committed to completing this bankruptcy case honestly and transparently.

**Respectfully submitted,**
Robert Sam Jr.
5/18/25

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**05/18/2025**

**JEFFREY P. ALLSTEADT, CLERK**