IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

In re:

ROBERT JOHN SAM, JR.                                        Case No.  25-80476

                                                           Chapter  7

        Debtor.                                            Judge  Lynch

### NOTICE OF MOTION TO CONFIRM NO AUTOMATIC STAY

Notified via Electronic Filing:   Adam G. Brief – Office of the U.S. Trustee
Notified via Electronic Filing:   Brian A. Hart, Robert John Sam, Jr.

**PLEASE TAKE NOTICE** that on **June 4, 2025, at 11:00 a.m.,** I will appear before the Honorable **Thomas Lynch,** or any judge sitting in that judge's place, either in **Courtroom 3100** of the U.S. Bankruptcy Court, Western Division, 327 South Church Street, Rockford, Illinois 61101, **or electronically as described below,** and present Motion to Confirm No Automatic Stay**,** a copy of which has been previously filed in the docket and served upon you.

**Important:** Only parties and their counsel may appear for presentment of the motion electronically using **Zoom for Government.** All others must appear in person.

- To appear by Zoom using the internet, go to this link: https://www.zoomgov.com. Then enter the meeting ID and password.

- To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

- **Meeting ID:** 160 291 5226     **Password:** 852255

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: **May 21, 2025**

 /s/ C. Nicholas Cronauer
C. Nicholas Cronauer (ARDC #6305683)
**Cronauer Law, LLP**
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
T (815) 895-8585  |  F (815) 895-4070
Service@CronauerLaw.com

## CERTIFICATE OF SERVICE

I, C. Nicholas Cronauer, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the electronic mail address listed on the docket sheet and by mailing on May 21, 2025, at or before 5:00 p.m.

/s/ C. Nicholas Cronauer

## SERVICE LIST

Debtor:

Robert John Sam, Jr.
639 Stonegate Drive
Sycamore, IL 60178
Harpees5@yahoo.com

U.S. Trustee:

Adam G. Brief
780 Regent Street, Suite 304
Madison, WI 53715

Chapter 7 Trustee:

Brian A. Hart
5702 Elaine Drive, Suite 204
Rockford, IL 61108-2475
Brian@RockfordBankruptcy.com

Dated:  May 21, 2025