UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-80476 |
| ROBERT JOHN SAM, JR. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER DISMISSING CHAPTER 7 PROCEEDING

THIS CAUSE coming to be heard upon the Trustee's Motion to Dismiss this petition filed under Chapter 7 of Title 11 of the United States Bankruptcy Code, the Court after considering this Motion, the pleadings on file, and being fully advised in the premises:

IT IS HEREBY ORDERED that this petition be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 04, 2025

**Prepared by:**

Brian A. Hart
Attorney at Law
5702 Elaine Dr., Suite 204
Rockford, IL 61108-2475
815-708-0234 | Brian@rockfordbankruptcy.com