Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.:  25–80476
Chapter:  7
Judge:  Thomas M. Lynch

In Re:
Robert John Sam Jr
aka Bob Sam
639 Stonegate Dr.
Sycamore, IL 60178

Social Security / Individual Taxpayer ID No.:
xxx–xx–6076

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

You are hereby notified that this case was dismissed on June 4, 2025 for other reasons

FOR THE COURT

Dated: June 5, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court