# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–3 | User: admin | Date Created: 6/5/2025 |
| Case: 25–80476 | Form ID: ntcdsm | Total: 6 |

**Recipients of Notice of Electronic Filing:**
tr        Brian Hart      brian@rockfordbankruptcy.com
aty      Brian Hart      brian@rockfordbankruptcy.com

                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Robert John Sam, Jr     639 Stonegate Dr.     Sycamore, IL 60178
31391522   BKA HOLDINGS LLC     330 W ELM ST.     SYCAMORE IL 60178
31391523   MELISSA NOBLE     330 W ELM ST.     SYCAMORE IL 60178
31391524   YENDO     3309 ELM ST SUITE 340     DALLAS TX 75226

                             TOTAL: 4