Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.:  25−80476
Chapter:  7
Judge:  Thomas M. Lynch

In Re:
    Robert John Sam Jr
    aka Bob Sam
    639 Stonegate Dr.
    Sycamore, IL 60178

Social Security / Individual Taxpayer ID No.:
    xxx−xx−6076

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

You are hereby notified that this case was dismissed on June 4, 2025 for other reasons

FOR THE COURT

Dated: June 5, 2025                        Jeffrey P. Allsteadt , Clerk
                                           United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                    Case No. 25-80476-TML

Robert John Sam, Jr                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: ntcdsm | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert John Sam, Jr, 639 Stonegate Dr., Sycamore, IL 60178-8943 |
| 31391522 | + | BKA HOLDINGS LLC, 330 W ELM ST., SYCAMORE IL 60178-1848 |
| 31391523 | + | MELISSA NOBLE, 330 W ELM ST., SYCAMORE IL 60178-1848 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 31391524 | Email/Text: bankruptcy@yendo.com | Jun 05 2025 22:30:00 | YENDO, 3309 ELM ST SUITE 340, DALLAS TX 75226 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| Brian Hart | brian@rockfordbankruptcy.com  colleenlemek@comcast.net,I009@ecfcbis.com |
| Christopher N Cronauer | on behalf of Creditor BKA Holdings  LLC nc@cronauerlaw.com, service@cronauerlaw.com |

District/off: 0752-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 05, 2025                        Form ID: ntcdsm                               Total Noticed: 4
TOTAL: 3